UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. RESORT MANAGEMENT, INC. et. at., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-cv-1236 JCH |
| | ) | |
| L. BRIAN WHITFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On **November 23, 2010**, this Court ordered plaintiff to show cause why the complaint against defendants **L. Brian Whitfield and Sommet Group, LLC** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendants **L. Brian Whitfield and Sommet Group, LLC** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 8th day of December, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE